## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

January 30, 2025



**VIA ECF**
Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 618
New York, N.Y. 10007

Re:   ROBLES v. HWOLVES GLOBAL ENTERPRISES, LLC
d/b/a HIGH FASHION SMOKES AND PRINTS,
Case No. 1:24-cv-07602-KPF
**Request to Adjourn Initial Conference – Default Judgment**

Dear Judge Failla,

    We represent Plaintiff, Primitivo Robles, in the above-referenced matter, brought pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. We respectfully request that Your Honor issue an Order to Stay the Initial Pre-Trial Conference, currently scheduled for February 7, 2025, to preserve valuable judicial resources in light of the Defendants' failure to involve themselves in these proceedings by failing to appear, file an Answer to the Complaint, or otherwise respond.

    We have made several attempts to contact the Defendant directly to obtain their position and to discuss the Court's various Orders. Despite our numerous letters and communications, we have not received any response from the Defendant or their counsel. Given the Defendants' failure to appear and/or respond to Plaintiff's numerous attempts to inquire, we intend to initiate default judgment proceedings pursuant to Fed. R. Civ. P. 55 imminently.

    Therefore, we believe it is in the best interest of judicial efficiency to adjourn the scheduled Initial Pre-Trial Conference to allow Plaintiff the opportunity to initiate default proceedings.

    Thank you for your understanding and consideration.

Sincerely,

**JOSEPH & NORINSBERG, LLC**

Arjeta Albani, Esq.
*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

c.c.
HWOLVES GLOBAL ENTERPRISES, LLC
61 GREENPOINT AVE #514
BROOKLYN, NY 11222

```
Application GRANTED.  In light of Defendants' failure to appear, the conference
scheduled for February 7, 2025, is ADJOURNED sine die.  The Court anticipates
that Plaintiff will next seek a certificate of default from the Clerk of Court.

The Clerk of Court is directed to terminate the pending motion at docket entry
8.

Dated:     January 31, 2025             SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE