UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
PRIMITIVO ROBLES, on behalf of          :
himself and all others similarly situated,   :   Case No.: 1:24-cv-07602-KPF
                                        :
                Plaintiff,              :
                                        :
        vs.                             :
                                        :   **NOTICE OF VOLUNTARY DISMISSAL**
                                        :
HWOLVES GLOBAL ENTERPRISES,             :
LLC, d/b/a HIGH FASHION SMOKES          :
AND PRINTS,                             :
                                        :
                Defendant.              :
———————————————————————— x

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Primitivo Robles, hereby gives notice that the above-captioned matter is voluntarily dismissed, without prejudice, against defendant, HWOLVES GLOBAL ENTERPRISES, LLC d/b/a HIGH FASHION SMOKES AND PRINTS.

DATED:     New York, New York
           May 13, 2025

                                                  Respectfully submitted,

                                                  _____
                                                  Arjeta Albani, Esq.
                                                  **Joseph & Norinsberg, LLC**
                                                  *Attorneys for Plaintiff*
                                                  110 East 59th Street, Suite 2300
                                                  New York, NY 10022
                                                  Arjeta@employeejustice.com